■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY WILLIAMS, Appellant. [625 NYS2d 986] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Elliott, J.—Manslaughter, 1st Degree.) Present —Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.